# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# NO. 7:18-cv-29

| | |
|---|---|
| RUPERT FUTREAL and ELNA FUTREAL<br>    Plaintiffs,<br><br>v.<br><br>DUSTIN RINGLE; TRUE'S CUSTOM FLOOR COVERING, INC.; EAN HOLDINGS, LLC; ENTERPRISE LEASING COMPANY – SOUTHEAST, LLC; and ENTERPRISE HOLDINGS, INC.<br>    Defendants. | ORDER |

Based upon the foregoing Motion, it is ORDERED that Rupert Futreal, Administrator of the Estate of Elna Futreal, is substituted as a plaintiff on behalf of Elna Futreal.

This the 16th day of March, 2018.

_____
Louise Wood Flanagan
United States District Court Judge