# Michael S. Rainey

| | |
|---|---|
| **From:** | Randles, Theodore B. <TBRandles@Venable.com> |
| **Sent:** | Wednesday, June 6, 2018 7:54 AM |
| **To:** | Devlin K. Horton; Michael S. Rainey; 'Camilla DeBoard' |
| **Cc:** | Baldridge, J. Douglas; Tony Hartsoe (thartsoe@hartsoelaw.com); Katie Hinds (khinds@hartsoelaw.com); Zack Carico |
| **Subject:** | RE: Futreal v. Ringle |

Good morning,

Enterprise is working on collecting the documents and expects to be able to make a production soon, subject to coming to agreement with plaintiffs on the scope of the requests.

**From:** Devlin K. Horton [mailto:DHorton@hedrickgardner.com]
**Sent:** Tuesday, June 05, 2018 7:59 AM
**To:** Randles, Theodore B. <TBRandles@Venable.com>; michael.rainey@youngmoorelaw.com; 'Camilla DeBoard' <cfd@trslaw.com>
**Cc:** Baldridge, J. Douglas <JBaldridge@Venable.com>; Tony Hartsoe (thartsoe@hartsoelaw.com) <thartsoe@hartsoelaw.com>; Katie Hinds (khinds@hartsoelaw.com) <khinds@hartsoelaw.com>; Zack Carico <zcarico@hartsoelaw.com>
**Subject:** RE: Futreal v. Ringle

Were there documents supposed to be sent with these? Please let us know if those are being sent separately. Thanks,

**Devlin K. Horton** | Associate
Hedrick Gardner Kincheloe & Garofalo, LLP
300 N. 3rd St, Suite 420 | Wilmington, NC 28401
Phone: 910-679-4801 | Fax: 910-509-9630
DHorton@hedrickgardner.com | www.hedrickgardner.com



# HEDRICK GARDNER
### HEDRICK GARDNER KINCHELOE & GAROFALO LLP

CONFIDENTIALITY:
The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by replying to this e-mail and delete all copies of this message and all attachments.
IRS Circular 230 Disclosure:
This message contains confidential information and is intended only for the intended recipients. If you are not an intended recipient you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Randles, Theodore B. [mailto:TBRandles@Venable.com]
**Sent:** Monday, June 4, 2018 6:25 PM
**To:** michael.rainey@youngmoorelaw.com; 'Camilla DeBoard' <cfd@trslaw.com>; Devlin K. Horton

1
Case 7:18-cv-00029-FL   Document 78-2   Filed 08/01/18   Page 1 of 2

EXHIBIT B

<DHorton@hedrickgardner.com>
**Cc:** Baldridge, J. Douglas <JBaldridge@Venable.com>; Tony Hartsoe (thartsoe@hartsoelaw.com) <thartsoe@hartsoelaw.com>; Katie Hinds (khinds@hartsoelaw.com) <khinds@hartsoelaw.com>; Zack Carico <zcarico@hartsoelaw.com>
**Subject:** Futreal v. Ringle

Counsel:

On behalf of Enterprise Leasing Company – Southeast, LLC; EAN Holdings, LLC and Enterprise Holdings, Inc, attached please find responses and objections to Plaintiffs' first set of requests for production.

Sincerely,

**Theodore B. Randles, Esq. | Venable LLP**
t 202.344.4271 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

TBRandles@Venable.com | www.Venable.com | Biography

***********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***********************************************************************

| Total Control Panel | | | Login |
|---|---|---|---|
| To: dhorton@hedrickgardner.com | Message Score: 1 | | High (60): Pass |
| From: tbrandles@venable.com | My Spam Blocking Level: Medium | | Medium (75): Pass |
| | | | Low (90): Pass |
| | Block this sender | | |
| | Block venable.com | | |

*This message was delivered because the content filter score did not exceed your filter level.*

***********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
***********************************************************************