

# YOUNG MOORE
## ATTORNEYS

Michael S. Rainey  
After Hours Ext. 264

Michael.Rainey@youngmoorelaw.com  
Direct Dial 919-861-5022

June 7, 2018

VIA U.S. Mail and E-Mail

R. Anthony Hartsoe  
Hartsoe & Associates, P.C.  
1068 West Fourth Street  
Winston Salem, NC 27101  
thartsoe@hartsoelaw.com

J. Douglas Baldridge  
Theodore B. Randles  
Venable, LLP  
600 Massachusetts Ave NW  
Washington, D.C. 20001  
jbaldridge@venable.com  
tbrandles@venable.com

      RE:    *Futreal v. Dustin Ringle, et al.*  
              United States District Court for the EDNC, File 7:18-CV-29-FL

Counsel:

      We are in receipt of the Enterprise Defendants' responses to Plaintiffs' First Set of Requests for Production of Documents. The responses are woefully inadequate. Plaintiffs' First Set of Requests for Production of Documents were served by facsimile and U.S. Mail on March 27, 2018. Pursuant to F.R.C.P. 26(d)(2) they were considered to have been served at the Rule 26(f) conference held on April 4, 2018. Despite having over sixty days to gather responsive documents and prepare responses, the Enterprise Defendants failed to produce a single document. Mr. Randles confirmed as much in his June 6th email wherein he indicated the Enterprise Defendants "expect[] to be able to make a production soon, subject to coming to agreement with plaintiffs on the scope of the requests."

      This discovery violation is yet another example of what appears to be a concerted effort on the part of the Enterprise Defendants to delay the ordinary and timely progression of this litigation, presumably due to Mr. Futreal's advanced age. We plan to meet and confer with you on Monday,

YOUNG MOORE AND HENDERSON, P.A.  
POST OFFICE BOX 31627, RALEIGH, NC 27622  
3101 GLENWOOD AVENUE, STE. 200, RALEIGH, NC 27612  
(O) 919.782.6860   (F) 919.782.6753  
youngmoorelaw.com



EXHIBIT C

following Mr. Futreal's deposition. If our concerns about the discovery responses are not satisfied following that meeting, we will promptly seek a telephonic discovery conference with the Court.

Finally, we are asking yet again for your input as to the mediators suggested by all other parties to this litigation. We provided a list of suggested mediators on May 24th and reiterated that list in a follow-up email on June 5th. Counsel for all other parties have responded but we are yet to hear from you. Again, the deadline for the parties to designate a mediator is June 12th. Please communicate with us and the other parties to the litigation regarding the various mediators who have been suggested thus far.

With all best wishes, I remain

Sincerely yours,

YOUNG MOORE AND HENDERSON, P.A.

By: /s/ Michael S. Rainey

Michael S. Rainey

cc: Devlin K. Horton (via U.S. Mail and e-mail|dhorton@hedrickgardner.com)
Jeffrey H. Blackwell (via U.S. Mail and e-mail|jblackwell@hedrickgardner.com)
Camilla DeBoard (via U.S. Mail and e-mail|cfd@trslaw.com)

4469357/1038-001