# Michael S. Rainey

| | |
|---|---|
| **From:** | Randles, Theodore B. <TBRandles@Venable.com> |
| **Sent:** | Tuesday, June 12, 2018 1:13 PM |
| **To:** | Michael S. Rainey; 'cfd@trslaw.com'; 'dhorton@hedrickgardner.com' |
| **Cc:** | Baldridge, J. Douglas; Tony Hartsoe (thartsoe@hartsoelaw.com); Katie Hinds (khinds@hartsoelaw.com); Zack Carico |
| **Subject:** | RE: Futreal v. Ringle |

Michael, Thursday afternoon or Monday morning work well for me. A hearing on Friday may be continued and would free me up then; I can let you know if that is a better day for you. Let me know and I will set up a conference line. Also, if you let us know the topics you would like to discuss it could help us have a more productive call.

Also, would you please let me know if you consent to Enterprise producing documents to you by FTP link? It should not be too large, but we can send a CD if that works better. Thank you.

-Ted

**From:** Michael S. Rainey [mailto:michael.rainey@youngmoorelaw.com]
**Sent:** Tuesday, June 12, 2018 8:32 AM
**To:** Randles, Theodore B. <TBRandles@Venable.com>; 'cfd@trslaw.com' <cfd@trslaw.com>; 'dhorton@hedrickgardner.com' <dhorton@hedrickgardner.com>
**Cc:** Baldridge, J. Douglas <JBaldridge@Venable.com>; Tony Hartsoe (thartsoe@hartsoelaw.com) <thartsoe@hartsoelaw.com>; Katie Hinds (khinds@hartsoelaw.com) <khinds@hartsoelaw.com>; Zack Carico <zcarico@hartsoelaw.com>
**Subject:** RE: Futreal v. Ringle

Ted,

Following the conclusion of Mr. Futreal's deposition yesterday, Tony advised he was unable to meet and confer regarding the Enterprise Defendants' discovery responses. Please provide us several dates and times when someone from your office can meet and confer this week.

Thanks,



**YOUNG MOORE ATTORNEYS**

**Michael S. Rainey | Partner**
Young Moore and Henderson, P.A.
3101 Glenwood Ave, Ste 200, Raleigh, NC 27612
main (919) 782-6860 | direct (919) 861-5022 | fax (919) 782-6753
Michael.Rainey@youngmoorelaw.com  www.youngmoorelaw.com | Download Vcard


✓ANOTHER PROBLEM SOLVED

  

This email, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying

of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me immediately and permanently delete the original and any copy of any e-mail and discard any printout thereof.

**From:** Randles, Theodore B. <TBRandles@Venable.com>
**Sent:** Friday, June 8, 2018 9:55 AM
**To:** Michael S. Rainey <michael.rainey@youngmoorelaw.com>; 'cfd@trslaw.com' <cfd@trslaw.com>; 'dhorton@hedrickgardner.com' <dhorton@hedrickgardner.com>
**Cc:** Baldridge, J. Douglas <JBaldridge@Venable.com>; Tony Hartsoe (thartsoe@hartsoelaw.com) <thartsoe@hartsoelaw.com>; Katie Hinds (khinds@hartsoelaw.com) <khinds@hartsoelaw.com>; Zack Carico <zcarico@hartsoelaw.com>
**Subject:** Futreal v. Ringle

Counsel:

Attached please find correspondence in response to M. Rainey's June 7 letter.

Sincerely Yours,

**Theodore B. Randles, Esq. | Venable LLP**
t 202.344.4271 | f 202.344.8300
600 Massachusetts Avenue, NW, Washington, DC 20001

TBRandles@Venable.com | www.Venable.com | Biography


************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************

************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************

2